■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY MCNEIL, Appellant. [848 NYS2d 542]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Konviser, J.), rendered July 14, 2005, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Leventhal, J.), of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, there was a sufficient basis for the hearing court to conclude that the police possessed probable cause to arrest the defendant (*see People v De Bour*, 40 NY2d 210, 223 [1976]; *People v Jackson*, 282 AD2d 473, 473-474 [2001]). Nothing in the record supports the defendant's contention that the testimony of the arresting detective at the hearing was incredible or patently tailored to nullify constitutional objections (*see People v James*, 19 AD3d 617, 618 [2005]). Accordingly, the hearing court properly denied that branch of the defendant's omnibus motion which was to suppress the physical evidence.

The defendant's remaining contention is unpreserved for appellate review and we decline to review it in the exercise of our interest of justice jurisdiction. Crane, J.P., Rivera, Florio and Balkin, JJ., concur.

**39** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR RODRIGUEZ, Also Known as HECTOR BELLO, Appellant. [848 NYS2d 541]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 8, 2001 (*People v Rodriguez*, 279 AD2d 484 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered February 24, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Santucci, Florio and Miller, JJ., concur.